UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20321-CIV-LENARD/TORRES

**R.L. and S.L., individually and on behalf of O.L., a minor,**

    Plaintiffs,

vs.

**MIAMI-DADE COUNTY SCHOOL BOARD,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 43)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Edwin G. Torres ("Report," D.E. 43), issued on May 19, 2008. On June 3, 2008, Plaintiffs filed their objections to the Report, and Defendant filed separate objections as well. (See D.E. 45, 46.) On June 17, 2008, Defendant responded to Plaintiffs' objections (see D.E. 50), and Plaintiffs responded to Defendant's objections as well (D.E. 52).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Report, the parties' objections and responses, and the record <u>de novo</u>, and finds that, despite the parties' objections, the Magistrate Judge appropriately addressed and analyzed all of the parties' arguments to reach his conclusions, which are supported by the record in this case and by applicable law. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of Magistrate Judge Edwin G. Torres (D.E.

43), issued on May 19, 2008, is **ADOPTED**.

2. Defendant's Request for Oral Argument on Objections to Magistrate Judge's Report (D.E. 51) is **DENIED**.

3. Consistent with the Report, this matter is remanded to Defendant for further proceedings.

4. The Court retains jurisdiction to enable the Magistrate Judge to schedule an evidentiary hearing with respect to compensatory damages and attorneys' fees as described in the Report.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of August, 2008.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**

cc:   U.S. Magistrate Judge Edwin G. Torres
      All Counsel of Record