UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20321-CIV-LENARD/GARBER

R.L. and S.L., individually, and on
behalf of O.L., a minor,

    Plaintiffs,

v.

MIAMI-DADE COUNTY
SCHOOL BOARD,

    Defendant.
_____/

# ORDER

THIS CAUSE is before the Court *sua sponte*. This cause is presently set for an evidentiary hearing on May 26, 2010. The Court has received each of the parties' disclosures for the evidentiary hearing. The Court notes that plaintiffs have listed five (5) witnesses expected to be called at the hearing and an additional forty-one (41) witness that may be called. The defendant has listed nine (9) witnesses that it expects to call and an additional thirteen (13) that it may call if the need arises. The use of such a number of witnesses will unnecessarily protract the hearing. Accordingly, and upon due consideration, it is hereby

ORDERED as follows:

1. Only one witness may be called to offer evidence as to a specific material subject. The parties shall not offer corroborative testimony.

2. The parties shall not present any evidence regarding the liability of the defendant which has been established by the Court's granting plaintiffs' Motion for Summary Judgment as to liability.

3. Prior to the scheduled hearing, counsel for the parties shall meet in an effort to stipulate to certain facts thus obviating the need for the presentation of evidence as to those facts.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of May , 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE