UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20321-CIV-LENARD/GARBER

R.L. and S.L., individually, and on
behalf of O.L., a minor,

    Plaintiffs,

v.

MIAMI-DADE COUNTY
SCHOOL BOARD,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court *sua sponte*. A hearing is presently scheduled for May 26, 2010 on the issues of compensatory damages and attorneys' fees.

The Court has received the defendant's Motion for Summary Judgment and anticipates that the plaintiffs' will also be filing a Motion for Summary Judgment. Said motions will require a response prior to the Court's ruling on same. Either of said motions might well be dispositive of the issues in this cause to be addressed by the Court.

The interests of judicial economy are best served by a continuance of the hearing scheduled for May 26, 2010. Accordingly, it is hereby

ORDERED that the hearing scheduled for May 26, 2010 is hereby CANCELLED and will be rescheduled upon disposition of all summary judgment motions. It is further

ORDERED that the scheduling order [DE 79] is hereby VACATED and the parties' response times to any dispositive motions shall be in accordance with the Local Rules for the Southern District of Florida.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of May , 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE