UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20321-CIV-LENARD/GARBER

R.L. and S.L., individually, and on
behalf of O.L., a minor,

    Plaintiffs,

v.

MIAMI-DADE COUNTY
SCHOOL BOARD,

    Defendant.
_____/

### **ORDER**

    THIS CAUSE is before the Court *sua sponte*. A previously set hearing on the issues of compensatory damages and attorneys' fees was cancelled pending disposition of ripe summary judgment motions. The Court has now ruled on said summary judgment motions. Accordingly, it is hereby

    ORDERED that the hearing on compensatory damages and attorneys' fees is **rescheduled to Wednesday, the 25th day of August, 2010, at 10:00 A.M. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.**

    DONE AND ORDERED in Chambers at Miami, Florida this 18th day of June, 2010.

                                                                                       /s/ Barry L. Garber
                                                                                     BARRY L. GARBER
                                                                                     UNITED STATES MAGISTRATE JUDGE