UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20321-CIV-LENARD/GARBER

R.L. and S.L., individually and on behalf
of O.L., a minor,

    Plaintiffs,

v.

MIAMI-DADE COUNTY SCHOOL BOARD

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court by Order of Reference of U.S. District Judge Joan A. Lenard.  Pursuant to such reference, the Court has received the parties' Joint Motion for Status Conference [DE 119].  The Court held a hearing on the matter on September 7, 2010.

As stated at the hearing, each party will submit a memorandum to the Court which supports that party's position regarding which material issues are to be considered at the evidentiary hearing as described in Judge Lenard's Order [DE 111].  Neither party will have an opportunity to respond to the memoranda submitted.  Once the Court has considered the submissions of the parties, the evidentiary hearing will be rescheduled.

Accordingly, it is hereby

ORDERED that each party shall submit its memorandum within twenty (20) days from the date of this Order.  It is further ORDERED that the evidentiary hearing set for September 15, 2010 will be continued and rescheduled as set forth above.

DONE AND ORDERED in Chambers at Miami, Florida this 7th day of September, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE